IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
CASE NO.: 2:06-cv-14574-ADT-WC

DISABLED PATRIOTS OF AMERICA, INC.,
a Florida Not-For-Profit Corporation, and
EFREM WALKER, Individually,

        Plaintiffs,

v.

JK MANAGEMENT, INC., a Michigan Corporation,

        Defendant.
_____/

## STIPULATION FOR APPROVAL AND ENTRY OF CONSENT DECREE AND DISMISSAL OF CASE WITH PREJUDICE

    Plaintiffs and Defendant, by and through undersigned counsel, hereby move this Court to approve and enter judgment on the Proposed Consent Decree annexed hereto as Exhibit A ("the Consent Decree").

    Pursuant to Title III of the Americans with Disabilities Act this Court is authorized to enter a Consent Decree requiring a public accommodation to alter facilities to make such facilities readily accessible to and useable by individuals with disabilities to the extent required by Subchapter III of Chapter 126 of Title 42 of the United States Code. 42 USC § 12188 (a)(2) 2000.

    Wherefore, Plaintiffs and Defendant respectfully request this Court to approve and enter judgment on the Consent Decree and retain jurisdiction to enforce the Consent Decree and Dismiss the Case with Prejudice.

Steve Goren, Esq.
**GOREN, GOREN & HARRIS, P.C.**
30400 Telegraph Road, Suite 470
Bingham Farms, MI 48025-5818
Tel.: (248) 540-3100
Fax: (248) 540-3136

Lawrence A. Fuller, Esq.
**FULLER, FULLER & ASSOCIATES, P.A.**
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181
Tel: (305) 891-5199
Fax: (305) 893-9505

By: _____
Lawrence A. Fuller, Esq.
Date: 2/27/07

Amer S. Hakim, Esq.
**MEKANI, OROW, MEKANI, SHALLAL, HAKIM & HINDO, P.C.**
30500 Van Dyke Ave., Suite 306
Warren, MI 48093
Tel: (586) 558-8250
Fax: (586) 558-8251

By: _____
Amer S. Hakim, Esq.
Date: 2/27/07