

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

C L O S E D

DISABLED PATRIOTS OF AMERICA, INC.,
a Florida Not-For-Profit Corporation, and
EFREM WALKER, Individually,

        Case No. 06-cv-14574
        Judge Anna Diggs Taylor

        Plaintiffs,

v.

# FILED

JK MANAGEMENT, INC., a Michigan Corporation,

        Defendant.

MAR 2 2 2007
CLERK'S OFFICE
U. S. DISTRICT COU
EASTERN MICHIGAN

_____/

**STIPULATED ORDER APPROVING CONSENT DECREE AND RELEASE
OF ALL CLAIMS & DISMISSING CASE WITH PREJUDICE**

At a session of said Court,
held in the City of Detroit, County
of Wayne, State of Michigan
on: <u>March 22, 2007</u>

PRESENT: <u>ANNA DIGGS TAYLOR</u>
U.S. DISTRICT COURT JUDGE

Whereas this Court having read the Stipulation For Approval of the Consent Decree and

Release of All Claims filed in the matter, and this court being otherwise fully advised in the

premises,

IT IS HEREBY ORDERED that the Consent Decree and Release of All Claims signed by

the parties is hereby approved, and the Case is hereby dismissed with prejudice.

This Order resolves the last pending claim and closes the case.

DATED: March 22, 2007

                        ANNA DIGGS TAYLOR
                        UNITED STATES DISTRICT JUDGE

**Disabled Patriots et al v. JK Management**
**CASE NO.: 2:06-cv-14574-ADT-WC I**
**Order Approving Consent Decree and**
**Release Of All Claims & Dismissing Case with Prejudice  -- Page 2**

I stipulate to the entry of this Order:

_/s/ Lawrence A. Fuller_
LAWRENCE A. FULLER
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Boulevard, Suite 609
North Miami, FL 33181
Tel.: (305)891-5199
Fax: (305)893-9505
LFuller@FullerFuller.com
Admitted to the USDC ED MI
Attorneys for Plaintiffs

STEVEN E. GOREN
GOREN, GOREN & HARRIS, P.C.
30400 Telegraph Road, Suite 470
Bingham Farms, MI 48025-5818
Tel: (248)540-3100
Fax: (248)540-3136
c/o Henry@wwnet.net
MI Bar Number P36581
Attorneys for Plaintiffs

/s/ Lawrence Fuller
with consent of Amer Hakim
AMER S. HAKIM
MEKANI, OROW, MEKANI, SHALLAL,
  HAKIM & HINDO, P.C.
30500 Van Dyke Ave., Suite 306
Warren, MI 48093
Tel: (586)558-8250
Fax: (586)558-8251
ahakim@hakimlaw.com
MI Bar Number P65377
Attorney for Defendant

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Stipulated Order of Dismissal was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail **(Amer S. Hakim)** disclosed on the Notice of Electronic Filing on March 22, 2007.

s/Johnetta M. Curry-Williams
Case Manager